Jefferson BASS, Appellant,

v.

STATE of Texas, Appellee.

No. 30360.

Court of Criminal Appeals of Texas.

Jan. 28, 1959.

No appearance for appellant.

Dan E. Walton, Dist. Atty., Benjamin Woodall and Thomas D. White, Asst. Dist. Attys., Houston, and Leon B. Douglas, State's Atty., of Austin, for the State.

MORRISON, Presiding Judge.

The offense is assault with intent to murder with malice; the punishment, 10 years.

Appellant was indicted for murder, but on motion of the State the charge was reduced to assault with intent to murder. The appellant entered a plea of guilty and joined with his counsel in agreeing that certain sworn statements in writing by witnesses might be introduced in evidence. This was done, and appellant's guilt was sufficiently established. Shepherd v. State, 162 Tex.Cr.R. 235, 284 S.W.2d 155.

No bills of exception appear in the record, and no brief has been filed.

The judgment is affirmed.